# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2014

### NO. 03-14-00392-CV

**D. F. and B. W., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on June 18, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.